IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LEROY A. JAMES, )
)
   Petitioner, )
)
v. ) CASE NO. CV409-033
)
UNITED STATES OF AMERICA, )
)
   Respondent. )
)

## ORDER

Before the Court are the Report of Recommendation of the Magistrate Judge (Doc. 6) and Petitioner's Objection (Doc. 12). After a careful de novo review of the record, the Court **ADOPTS** as its opinion the Magistrate Judge's Report and Recommendation.[1] Accordingly, the Court **DENIES** the petition. The **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 13th day of May, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] After submitting his Objections, Petitioner filed a Motion to Dismiss, asking this Court to dismiss his Petition without prejudice and allow him to return at a later date. (Doc. 13.) Because more than eleven years have elapsed since Petitioner's conviction became final, he is barred from seeking habeas relief in this Court. Accordingly, Petitioner's Motion is **DENIED**.